# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ARTURO JONAS JOAQUIN MARTE,** : <br> : <br> **Plaintiff,** : <br> : <br> v. : <br> : <br> **OFFICER KYLE OLIVER, DETECTIVE LEE MARZEN, and THE BOROUGH OF JIM THORPE,** : <br> : <br> **Defendants.** : | **Case No.: 3:20-cv-00252** <br><br> **Judge Jennifer P. Wilson** |

## ORDER

Having read and considered Plaintiff's unopposed motion for a three-week extension of time to respond to Defendants' Motion to Dismiss, and for good cause shown, it is on this 29th day of June, 2020, ORDERED that Plaintiff's motion be, and hereby is, GRANTED. Plaintiff shall respond to Defendants' Motion to Dismiss on or before July 21, 2020.

                                                   _s/ Jennifer P. Wilson_
                                                   Hon. Jennifer P. Wilson, U.S.D.J.