# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ARTURO JONES JOAQUIN MARTE, | : | Civil No. 3:20-CV-00252 |
| Plaintiff, | : | |
| v. | : | |
| OFFICER KYLE OLIVER, *et al.*, | : | |
| Defendants. | : | Judge Jennifer P. Wilson |

## ORDER

**AND NOW**, on this 6th day of November, 2020, for the reasons set forth in the accompanying memorandum, **IT IS ORDERED** that Defendants' motion to dismiss, Doc. 15, is **GRANTED IN PART** and **DENIED IN PART** as follows:

1) The motion is **DENIED** as to Counts I and II of Plaintiff's amended complaint.

2) The motion is **GRANTED WITH LEAVE TO AMEND** as to Count III of Plaintiff's amended complaint.

3) Plaintiff shall file a second amended complaint in accordance with this order and the accompanying memorandum within twenty-one days of the date of this order.

4) If Plaintiff fails to file a second amended complaint within twenty-one days, Count III of Plaintiff's amended complaint will be **DISMISSED** and Defendants shall file an answer to the amended complaint.

        s/Jennifer P. Wilson  
        JENNIFER P. WILSON  
        United States District Court Judge  
        Middle District of Pennsylvania